UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JESSICA CRUZ,<br><br>    Defendant. | Case No. 19-cr-00649-SI-1<br><br>**ORDER OF RELEASE DIRECTING DEFENDANT JESSICA CRUZ TO BE RELEASED ON JULY 6, 2020 BETWEEN 8:30 A.M.-10:30 A.M. FOR TRANSFER TO CENTER POINT, INC.**<br><br>Re: Dkt. No. 34 |

On June 26 and July 2, 2020, the Court held hearings on defendant Jessica Cruz's motion for release. For the reasons stated on the record, the Court GRANTS defendant's motion. The Court hereby orders as follows:

Defendant shall be released from Santa Rita Jail on **Monday July 6, 2020 between 8:30 a.m. and 10:30 a.m.** Ms. Cruz shall be released to either her mother or her attorney, Gabriella Bischoff, and she will be transferred to Center Point Inc., in San Rafael, California. **As discussed at the hearing, it is imperative that Ms. Cruz go directly from Santa Rita Jail to Center Point, Inc. without any interruption, delay, or detours.**

**IT IS SO ORDERED**.

Dated: July 2, 2020

_____
SUSAN ILLSTON
United States District Judge